UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DANIEL J. COLBY,<br><br>  Defendant. | Case No. EDCR 17-196-JGB-JLS-1<br><br>**ORDER GRANTING ALCOHOL MONITORING SYSTEMS, INC.'S MOTION TO QUASH SUBPOENA (DOC. 136)**<br><br>Date: March 20, 2019<br>Time: 9:00 A.M.<br><br>Judge: Hon. Josephine L. Stanton |

For the reasons stated on the record at the hearing on March 20, 2019, the Court GRANTS the motion by Alcohol Monitoring Systems ("AMS") to quash the subpoena.

Dated: March 25, 2019

_____
Honorable Josephine L. Staton
United States District Court

- 1 -